No. 10–39. GIRTS v. YANAI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–40. HANSON ET UX. v. CHANG, JUDGE, CIRCUIT COURT OF HAWAII, FIRST CIRCUIT, ET AL. Sup. Ct. Haw. Certiorari denied.

No. 10–41. MARCAVAGE v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 10–42. SHELTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–43. SOPHOCLEUS ET UX. v. TODD ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–44. SAIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–45. STONEROCK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–46. CHORNEY v. MONZACK ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–48. INTERIOR/EXTERIOR SPECIALIST CO. ET AL. v. TRUSTEES OF THE PAINTERS UNION DEPOSIT FUND. C. A. 6th Cir. Certiorari denied.

No. 10–49. LONDON-MARABLE ET VIR v. BOEING CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–50. LACKEY v. PATENT AND TRADEMARK OFFICE, BOARD OF PATENT APPEALS AND INTERFERENCES. C. A. Fed. Cir. Certiorari denied.

No. 10–52. ROWLAND v. PRUDENTIAL EQUITY GROUP, LLC. C. A. 9th Cir. Certiorari denied.

No. 10–53. DOLAN ET AL. v. FIDELITY NATIONAL TITLE INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.